**Order entered February 23, 2021**



**In The**
# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-19-01388-CV

## TARSHA HARDY, Appellant

## V.

## COMMUNICATION WORKERS OF AMERICA, INC., CWA LOCAL 6215 AFL-CIO, COMMUNICATION WORKERS OF AMERICA, AFL-CIO, BONNIE MATHIAS, Appellees

### On Appeal from the 14th Judicial District Court
### Dallas County, Texas
### Trial Court Cause No. DC-15-04027

## ORDER

I voluntarily recuse myself from hearing any matter in the above appeal.

/s/    ROBBIE PARTIDA-KIPNESS
       JUSTICE